UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: John Alan Sakon
Bankruptcy Case No. 19–21619
Adversary Case Name:
Adversary Case No.
Previous Civil No.
Previous Miscellaneous No.
Transmittal Document No.: 163

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
    ☐ Designation of items designated by the Appellant
    ☐ Designation of items designated by the Appellee
    ☐ Cross Appeal
    ☐ Amended Appeal
    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
    ☐ Transcripts
    ☐ Other

4. Other applicable information:

    Filing Fee ☐ Paid  ☑ Not Paid
    Appellant's name: John Alan Sakon, 82 Folly Brook Lane, Manchester, CT 06040
    Appellant's attorney: Pro Se
    Appellee's name: A&F Main Street Associates
    Appellee's attorney: Thomas P. Moriarty, Esq., Moriarty, Paetzold & Sherwood, 2230 Main Street, Glastonbury, CT 06033
    Additional Interested Parties:

By Regina S. Miltenberger                    Date: 3/16/20
   Deputy Clerk, U. S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT**

Debtor(s) Name: <u>John Alan Sakon</u>
Bankruptcy Case No.: <u>19–21619</u>
Adversary Case No.:
Previous Civil No.:
Previous Miscellaneous No.:
Transmittal Document No.: <u>163</u>
Transmittal dated: <u>3/16/20</u>

**To the Bankruptcy Court:**

**The following number has been assigned:**

☒ Civil No. Assigned __3:20-cv-00353-JAM__

☐ Miscellaneous No. Assigned _____

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By __/s/Nick Fanelle_____          Date: __3/17/2020_____
    Deputy Clerk, U. S. District Court

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 19-21619 Transmittal regarding Appeal and/or related documents (USDC) |
| **Date:** | Monday, March 16, 2020 11:38:55 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Miltenberger, Regina S. entered on 3/16/2020 at 11:37 AM EDT and filed on 3/16/2020
**Case Name:**     John Alan Sakon
**Case Number:**     19-21619
**Document Number:** 163

**Docket Text:**
Transmittal of Notice of Appeal to U.S. District Court (RE:)[162] Notice of Appeal filed by Debtor John Alan Sakon. Re: [129] Order Denying Motion to Extend Time to Assume or Reject Lease. (Miltenberger, Regina)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Appeals\Sakon Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=3/16/2020] [FileNumber=13836914-0] [4adf159828fd840ca44ba6690446f183879dd49bda377f1f55e2d162afb498ac2c 4927a5f18ff6272f9a8fd0696f88ab03084fbb30203a27e4b3c63fb33c23b1]]

**19-21619 Notice will be electronically mailed to:**

Donald E. Frechette on behalf of Creditor Cyhani Ventures, Inc.
donald.frechette@lockelord.com, loumarie.sanchez@lockelord.com

Eric S. Goldstein on behalf of Creditor Town of Glastonbury
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Thomas P. Moriarty on behalf of Creditor A&F Main Street Associates, LLC
tom@mpslawfirm.com

Stephen Sakonchick, II on behalf of Interested Party Stephen Sakonchick, II

sakon@flash.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jaime Ashley Welsh on behalf of Creditor Town of Glastonbury
jwelsh@goodwin.com

**19-21619 Notice will not be electronically mailed to:**

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

John Alan Sakon
82 Folly Brook Lane
Manchester, CT 06040

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541