UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: <u>John Alan Sakon</u>
Bankruptcy Case No. <u>19–21619</u>
Adversary Case Name:
Adversary Case No.
Previous Civil No. <u>20–353(JAM)</u>
Previous Miscellaneous No.
Transmittal Document No.: <u>191</u>

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)

3. ☑ Related documents as indicated below:
    ☑ Designation of items designated by the Appellant
    ☑ Designation of items designated by the Appellee
    ☐ Cross Appeal
    ☐ Amended Appeal
    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
    ☐ Transcripts
    ☐ Other

4. Other applicable information:

    Filing Fee ☑ Paid ☐ Not Paid
    Appellant's name: <u>John Alan Sakon</u>
    Appellant's attorney:
    Appellee's name: <u>A&F Main Street Associates</u>
    Appellee's attorney:
    Additional Interested Parties:

By <u>Regina S. Miltenberger</u>
   Deputy Clerk, U. S. Bankruptcy Court            Date: 4/1/20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: John Alan Sakon
Bankruptcy Case No.: 19–21619
Adversary Case No.:
Previous Civil No.: 20–353(JAM)
Previous Miscellaneous No.:
Transmittal Document No.: 191
Transmittal dated: 4/1/20

**To the Bankruptcy Court:**

**The following number has been assigned:**

☒ Civil No. Assigned  3:20-cv-00353-JAM

☐ Miscellaneous No. Assigned _____

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By  /s/Nick Fanelle
    Deputy Clerk, U. S. District Court          Date:  4/1/2020

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 19-21619 Transmittal regarding Appeal and/or related documents (USDC) |
| **Date:** | Wednesday, April 1, 2020 11:26:10 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Miltenberger, Regina S. entered on 4/1/2020 at 11:24 AM EDT and filed on 4/1/2020
**Case Name:**     John Alan Sakon
**Case Number:**   19-21619
**Document Number:** 191

**Docket Text:**
Transmittal of Record of Appeal to U.S. District Court 20(353(JAM) (RE:)[162] Notice of Appeal, [178] Appellant Designation, [179] Appellant Statement of Issues on Appeal, [190] Appellee Designation (Miltenberger, Regina)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Appeals\Sakon Record on Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=4/1/2020] [FileNumber=13861660-0
] [493d3dea0e3c3de3d73f1b9520f51512f3ff8f86047c134dc8555df90e7473894a5
c19304cfa1a92cbda12ba72167fe940d3467e1c4512478f2d7dae1b762391]]

**19-21619 Notice will be electronically mailed to:**

Donald E. Frechette on behalf of Creditor Cyhani Ventures, Inc.
donald.frechette@lockelord.com, loumarie.sanchez@lockelord.com

Eric S. Goldstein on behalf of Creditor Town of Glastonbury
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Thomas P. Moriarty on behalf of Creditor A&F Main Street Associates, LLC
tom@mpslawfirm.com

Stephen Sakonchick, II on behalf of Interested Party Stephen Sakonchick, II

sakon@flash.net

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

Jaime Ashley Welsh on behalf of Creditor Town of Glastonbury
jwelsh@goodwin.com

**19-21619 Notice will not be electronically mailed to:**

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

John Alan Sakon
82 Folly Brook Lane
Manchester, CT 06040

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541