UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN re: JOHN ALAN SAKON<br>Debtor-Appellant<br><br>Vs.<br><br>A&F Main Street Associates, LLC<br>Creditor-Appellee | Case No. 3:20-cv-00353-JAM<br><br>at New Haven<br><br>April 27, 2020<br>28 *<br><br>* Flat Tire |

**Motion for Self-Represented Litigant**
**To Participate in Electronic Filing**

  1. The debtor-appellant, John Sakon, has filed an appearance as a self-represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case.  I understand that hard copies will no longer be issued by the court or opposing counsel.  I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account, before I can actually begin filing documents electronically.  I certify that I can comply with the following requirements:

  2. A Computer with access to the internet.

  3. Internet Explorer (Version 11) and/or Chrome (Version 53.x and higher.

  4. Adobe Reader (Version 7 or greater).

  5. Ability to create PDF files.

6.  An upgraded PACER Account.

### Notice.

7.  Notice of this Motion has been provided to all persons required to receive notice according to the Federal Rules of Practice.

By: *John Sakon*

John Alan Sakon, Pro Se
82 Folly Brook Lane
Manchester, CT 06040
Tel: (860) 793-1000
Fax: (860) 675-4600
Email: johnsakon@sakon.biz

### CERTIFICATION

I hereby certify that on the above caption date, a copy of the foregoing was filed with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. The foregoing was also served on the aforementioned date, by email to the parties as indicated below.

Goldstein, Eric (EGoldstein@goodwin.com); Thomas Moriarty (tom@mpslawfirm.com); Donald E. Frechette Esq. (donald.frechette@lockelord.com); steven.e.mackey@usdoj.gov; Welsh, Jaime A. (JWelsh@goodwin.com); Heidel, Kristen L (KHeidel@goodwin.com); 'Stephen Sakonchick' sakon@flash.net;

By: *John Sakon*
John Alan Sakon, Pro Se