UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN re: JOHN ALAN SAKON : <br> Debtor-Appellant : <br> : <br> Vs. : <br> : <br> A&F Main Street Associates, LLC : <br> Creditor-Appellee : <br> : | Case No. 3:20-cv-00353-JAM <br><br> at New Haven <br><br> April 27, 2020 <br> 28 * <br><br> * Flat Tire |

**Consent to Electronic Notice**
**By Self-Represented Litigant**

1.  I, John Alan Sakon, hereby consent to the court to using my email address, as listed below, for the purpose of sending me notifications of orders of the court.

2.  I, John Alan Sakon, hereby consent to opposing counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

3.  In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

4.  As a courtesy, if possible, I would ask notice be sent to both johnsakon@yahoo.com and johnsakon@sakon.biz for redundancy. However, johnsakon@yahoo.com is both adequate and preferred. I would also request that opposing counsel request a delivery and read receipt as proof of my receipt. My system is set up to automatically supply such receipts.

1

**Notice.**

5. Notice of this Motion has been provided to all persons required to receive notice according to the Federal Rules of Practice.

By: *John Sakon*

John Alan Sakon, Pro Se
82 Folly Brook Lane
Manchester, CT 06040
Tel: (860) 793-1000
Fax: (860) 675-4600
Email: johnsakon@sakon.biz
johnsakon@yahoo.com

**CERTIFICATION**

I hereby certify that on the above caption date, a copy of the foregoing was filed with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. The foregoing was also served on the aforementioned date, by email to the parties as indicated below.

Goldstein, Eric (EGoldstein@goodwin.com); Thomas Moriarty (tom@mpslawfirm.com);
Donald E. Frechette Esq. (donald.frechette@lockelord.com); steven.e.mackey@usdoj.gov;
Welsh, Jaime A. (JWelsh@goodwin.com); Heidel, Kristen L (KHeidel@goodwin.com); 'Stephen Sakonchick' sakon@flash.net;

By: *John Sakon*

John Alan Sakon, Pro Se