# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN re: JOHN ALAN SAKON : | Case No. 3:20-cv-00353-JAM |
| Debtor-Appellant : | |
| : | at New Haven |
| Vs. : | |
| : | July 1, 2020 |
| A&F Main Street Associates, LLC : | |
| Creditor-Appellee : | |
| : | |

## Appellant's Motion for Extension of Time to File Repy Brief

1. The Appellant is pro se and timely filed his brief on 05/22/2020.

2. The Appellee filed his brief on 06/18/2020.

3. Under the rules of practice, Appellant has 14 days to 07/02/2020 to file a reply brief.

4. The matter has been set down for oral argument on 7/27/2020.

5. The Appellant seeks an Extension of Time to 7/20/2020 to file the Reply Brief due to good cause shown. This would comply with the Practice Book requirement that a Reply Brief be filed at least 7 days before a hearing.

6. Specific Facts.

   a. Appellant is pro se.

    b. All Court, State and Private Law Libraries are closed due to the Covid-19 shutdown. The pro se appellant is not in a position to research the law of the case and present legal arguments as a result of the library shutdown.[1]

    c. The Appellant is still facing Criminal Charges with trial currently scheduled for July 16, 2020 at Hartford Superior Court.  H12M-CR18-0265434-O.

        i. Facing 20 years in prison on the spurious arrest of felony larceny charges filed by the creditor Town of Glastonbury, on February 21, 2020, the appellant **DECLINED** the offer of the State to file a plea of Accelerated Rehabilitation.

        ii. Plaintiff-Appellant has been falsely arrested 4 additional times on 11 felonies and 3 misdemeanors by the police department of the creditor town of Glastonbury *after* the Appellant became a whistleblower of local corruption.  The Appellant has *already prevailed at trial* on all the following criminal cases:

            a. H12M-CR16-0256989-S – 1 misdemeanor

            b. H12M-CR16-0257222-S – 9 felonies

            c. H12M-CR16-0257732-S – 1 felony

            d. H12M-CR18-0264343-S – 2 misdemeanors

                i. In this case, a truck driven by a sworn officer of the town of Glastonbury stuck the Appellant from the rear while the appellant was riding his bicycle in a bike rally. The Glastonbury police then arrested the appellant.

---

[1] Upon information and belief, the law libraries will reopen in July.

7. Under the extenuating circumstances, the request is not unreasonable.

8. To this minor indulgence does the pro se appellant pray.

## Notice.

9. Notice of this Motion has been provided to all persons required to receive notice according to the Federal Rules of Practice.

By: *John Sakon*
_____
John Alan Sakon, Pro Se
82 Folly Brook Lane
Manchester, CT 06040
Tel: (860) 793-1000
Fax: (860) 675-4600
Email: johnsakon@sakon.biz

**<u>CERTIFICATION</u>**

    I hereby certify that on the above caption date, a copy of the foregoing was filed with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. The foregoing was also served on the aforementioned date, by email to the parties as indicated below.

Thomas Moriarty (tom@mpslawfirm.com); steven.e.mackey@usdoj.gov;

By: *John Sakon*
_____
John Alan Sakon, Pro Se